IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  09-cv-00062-WDM-MJW

GAGE, INC.,

Plaintiff,

v.

RANGE FUELS, INC., f/k/a KERGY, INC., et al.,

Defendant(s).

---

## [~~PROPOSED~~] STIPULATED ORDER EXTENDING TEMPORARY STAY
### (Docket No. 2 2)

---

On or about April 9, 2009, this Court entered a Stipulated Order Granting Motion for Temporary Stay [doc. 18], which stayed all proceedings in the above-captioned case (the "Colorado Action") pending the earlier of (a) a ruling in the United States District Court for the District of Utah on the motion to dismiss or, in the alternative, to transfer ("Motion to Dismiss"), filed in Case No. 2:08-cv-00057 DB (the "Utah Action"), or (b) June 1, 2009.

On or about June 5, 2009, recognizing that the June 1, 2009 date had passed with no ruling in the Utah Action, the Court entered a Stipulated Order Extending Temporary Stay [doc. 19], extending the stay of the proceedings in this Colorado action pending the earlier of (a) a ruling on the Motion to Dismiss in the Utah Action, or (b) September 1, 2009.

The September 1, 2009 date having now passed with no ruling in the Utah Action, the parties to the Colorado Action agree that good cause exists to extend the earlier stay.

IT IS HEREBY ORDERED that the temporary stay is EXTENDED on the following terms and conditions:

1.    All proceedings in the Colorado Action are STAYED pending the earlier of (a) a ruling on the March 4, 2009 motion to dismiss or, in the alternative, to transfer the Utah Action, or (b) December 1, 2009; and

2.    Within fourteen (14) days of the automatic expiration of the extended stay pursuant to paragraph 1(a) or (b), above, counsel for the parties to the Colorado Action shall submit to this Court an updated proposed Scheduling Order in the manner prescribed in the January 27, 2009 Order Setting Scheduling/Planning Conference [doc. 5], whereupon the Court will set a new date for a scheduling/planning conference and/or enter such other orders as it deems appropriate in light of the status of the Utah Action.

- 1 -

DONE AND SIGNED   *October 19, 2009.*

*nunc pro tunc*
*Sep 10th, 2009*

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge

APPROVED:

_s/ David Mortensen_____
David J. Jordan
David L. Mortensen
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801.328.3131
Facsimile: 801.578.6999
Email:  djjordan@stoel.com
         dlmortensen@stoel.com

*Attorneys for Plaintiff*

_s/ Nathan L. Walker_____
Mark D. Flanagan
Nathan L. Walker
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email:  mark.flanagan@wilmerhale.com
         nathan.walker@wilmerhale.com

Matthew J. Rita
FORD & HARRISON LLP
1675 Broadway, Suite 2150
Denver, CO 80202
Telephone: (303) 592-8860
Facsimile: (303) 592-8861
Email:  mrita@fordharrison.com

*Attorneys for Defendants*